# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1177
LT Case No. 2012-DR-036886

_____

JONATHAN CHASE,

    Appellant,

    v.

MARY HENDERSHOT f/k/a MARY
CHASE,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Kathryn Michele Speicher, Judge.

Elizabeth Siano Harris, of Harris Appellate Law Office,
Mims, for Appellant.

Jason M. Gordon, of Gordon & Thalwitzer, Cocoa Beach, for
Appellee.


October 28, 2025

PER CURIAM.

    AFFIRMED.


EDWARDS, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____